# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN VARIAN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Defendant. | Case No. 1:17-cv-01734-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 13) |

On November 14, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 13.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 19, 2018**        /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE